**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| STEPHANIE CIUPKA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19 C 6559 |
| | ) | |
| vs. | ) | Hon. Joan H, Lefkow |
| | ) | |
| HARRIS & HARRIS, LTD. | ) | Magistrate Judge Jeffrey Cummings |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS**

Plaintiff Stephanie Ciupka and Defendant Harris &Harris Ltd., by and through their respective counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of the above-captioned lawsuit without prejudice and without costs. Each party shall bear its own costs.

Respectfully submitted,

*/s/ Dulijaza  Clark*
Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)
*Counsel for Plaintiff*

*/s/ Lindsey A.L. Conley*
David M. Schultz
Lindsey A.L. Conley
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, IL  60606
(312) 704-3000
(312) 704-3001  (FAX)
*Counsel for Defendant*

1

\

## **CERTIFICATE OF SERVICE**

  I, Dulijaza Clark, certify that on April 24, 2020 I had a copy of this document filed by ECF, which resulted in it being sent to all counsel of record:

/s/Dulijaza Clark
Dulijaza Clark

\